UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CLAYTON BRESSETTE,**

      **Plaintiff,**

v.                              Case No: 5:12-cv-550-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's appeal of an administrative decision by the Commissioner of Social Security. The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 22) and there being no objection filed by the Defendant, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED and ADOPTED. The decision of the Commissioner is AFFIRMED. Clerk of the Court is directed to issue a judgment consistent with this Order and CLOSE the case.

**DONE AND ORDERED** at Orlando, Florida this __13__ day of January, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record